UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-01306-SDM-JSS

NANCY EDER individually
and on behalf of all others similarly situated,           **CLASS ACTION**

    *Plaintiff*,

vs.

ASPEN HOME IMPROVEMENTS INC.,                              **JURY TRIAL DEMANDED**
a Pennsylvania Corporation,

    *Defendant*.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Nancy Eder hereby moves, pursuant to Fed. R. Civ. P. 55(a), for entry of Default by the Clerk as to Defendant Aspen Home Improvements Inc., on the basis that Defendant has failed to serve a response to Plaintiff's Complaint within the time permitted under Fed. R. Civ. P. 12(a) and Defendant has not otherwise appeared in this action.

1. Plaintiff filed her Complaint against Defendant on June 8, 2020.  [DE 1].

2. The Complaint was properly served upon Defendant on June 12, 2020.   [DE 6].

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve a responsive pleading on or before July 3, 2020.

4. Defendant has not filed any response to the Plaintiff's Complaint and has not entered an appearance in this matter.

5. Under Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. In light Defendant's failure to appear, plead, or otherwise respond, Fed. R. Civ. P. 55(a) requires that the Clerk enter default.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant.

DateJuly 20, 2020

                                            Respectfully submitted,

                                            */s/ Ignacio J. Hiraldo*
                                            Ignacio J. Hiraldo, Esq.
                                            Florida Bar No. 0056031
                                            **IJH Law**
                                            1200 Brickell Ave Suite 1950
                                            Miami, FL 33131
                                            Email: ijhiraldo@ijhlaw.com
                                            Telephone: 786.496.4469

                                            Seth M. Lehrman, Esq.
                                            (FBN 132896)
                                            E-mail: seth@epllc.com
                                            EDWARDS POTTINGER LLC
                                            425 North Andrews Avenue, Suite 2
                                            Fort Lauderdale, FL 33301
                                            Telephone: 954-524-2820
                                            Facsimile: 954-524-2822

                                            *Counsel for Plaintiff and the Class*